UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES B. SECREST III,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

Case No. 2:16-cv-00113
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

This matter is before the Court for consideration of Plaintiff James B. Secrest III's Objections (ECF No. 20) to the Magistrate Judge's Report and Recommendation. (ECF No. 19.) The Report and Recommendation proposed that the decision of the Commissioner of Social Security denying disability benefits to the Plaintiff be affirmed and this case dismissed.

After reviewing the administrative record, the Report and Recommendations, and the objections filed by the Plaintiff, the Court finds the Report and Recommendation to be well reasoned and in accordance with the law. The Court also finds that the objections are without merit.

It is **ORDERED** that the Report and Recommendation is **ADOPTED**. The objections are **OVERRULED** and judgment is entered in favor of the Commissioner of Social Security.

IT IS SO ORDERED.

3-27-2017
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE