UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES B. SECREST,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 2:16-cv-113
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

On September 28, 2017, the United States Magistrate Judge recommended that the Court grant Defendant's Unopposed Motion for an Indicative Ruling on a Motion for Relief from Judgment [ECF No. 28] and issue an order indicating that it is inclined to grant relief from its March 27, 2017 judgment entry should the court of appeals remand for that purpose. (Report & Recommendation at 2 [ECF No. 29].) Plaintiff has since filed a notice stating that he does not object to the Report and Recommendation and that he waives the right to file an objection. (Pl.'s Notice at 1–2 [ECF No. 30].) Accordingly, the Court **ADOPTS** the Report and Recommendation [ECF No. 29], **GRANTS** Defendant's Unopposed Motion [ECF No. 28], and **INDICATES** that it is inclined to grant relief from its March 27, 2017 judgment entry should the court of appeals remand for that purpose.

**IT IS SO ORDERED.**

9-29-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE